FILED IN OPEN COURT
JACKSONVILLE, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

7.25.2024

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

DANIEL DIAZ GARCIA

CASE NO. 3:24-cr-159-MMH-PDB
18 U.S.C. § 1029
18 U.S.C. § 1708

## INDICTMENT

The Grand Jury charges:

## COUNT ONE
### (Use of an Unauthorized Access Device)

From in or about September 2023, through and including in or about

December 2023, in the Middle District of Florida, the defendant,

### DANIEL DIAZ GARCIA,

did knowingly and with intent to defraud use one or more unauthorized access

devices, as defined in 18 U.S.C. § 1029(e)(3), and by such conduct, from in or about

September 2023 and ending in or about December 2023, obtained or attempted to

obtain things of value, their value together totaling $1,000 or more during that time

period, and the offense affected interstate commerce.

In violation of 18 U.S.C. § 1029(a)(2) and (c)(1)(A)(i).

## COUNT TWO
**(Theft of Mail)**

From a date unknown, but at least from in or about September 2023, through

and including in or about December 2023, in the Middle District of Florida, the

defendant,

### DANIEL DIAZ GARCIA,

did knowingly steal and take from an authorized depository, mail matter to include

First Class mail and any article or thing contained therein.

In violation of 18 U.S.C. § 1708.

## FORFEITURE

1.      The allegations contained in Counts One and Two are incorporated by

reference for the purpose of alleging forfeiture pursuant to the provisions of 18

U.S.C. §§ 981(a)(1)(C), 982(a)(2)(B), 1029(c)(1)(C) and 28 U.S.C. § 2461(c).

2.      Upon conviction of a violation of 18 U.S.C. § 1029, the defendant shall

forfeit to the United States, pursuant to 18 U.S.C. § 982(a)(2)(B), any property

constituting, or derived from, proceeds the person obtained directly or indirectly, as a

result of such violation, and pursuant to 18 U.S.C. § 1029(c)(1)(C), any personal

property used or intended to be used to commit the offense.

3.      Upon conviction of a violation of 18 U.S.C. § 1708, the defendant shall

forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. §

2461(c), any property, real or personal, which constitutes or is derived from proceeds

traceable to the violation.

2

4.     If any of the property described above, as a result of any act or omission of the defendant:

      a.     cannot be located upon the exercise of due diligence;

      b.     has been transferred or sold to, or deposited with, a third party;

      c.     has been placed beyond the jurisdiction of the Court;

      d.     has been substantially diminished in value; or

      e.     has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. §§ 982(b)(1), 1029(c)(2), and 28 U.S.C. § 2461(c).

A TRUE BILL

ROGER B. HANDBERG
United States Attorney

By:  Kevin C. Frein

Kevin C. Frein
Assistant United States Attorney

By:  _____

Michael Coolican
Assistant United States Attorney
Deputy Chief, Jacksonville Division

3

FORM OBD-34
7/22/24 Revised

No.

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Jacksonville Division

## THE UNITED STATES OF AMERICA

vs.

## DANIEL DIAZ GARCIA

## INDICTMENT

Violations:   18 U.S.C. § 1029
              18 U.S.C. § 1708

A true bill,



Filed in open court this 25th day

of July 2024.

_____
                    Clerk

Bail   $_____